**Jerome ANDERSON, Plaintiff–
Appellant,**

v.

**A.K. PRUITT, Captain; Susan Horan,
Defendants–Appellees.**

No. 13–6570.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 18, 2013.

Jerome Anderson, Appellant Pro Se.
Robert T. Numbers, II, Womble Carlyle
Sandridge & Rice, PLLC, Raleigh, North
Carolina, for Appellees.

Before NIEMEYER, KING, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jerome Anderson appeals the district
court's order accepting the recommenda-
tion of the magistrate judge to deny recon-
sideration of the court's earlier order de-
nying relief on his 42 U.S.C. § 1983 (2006)
complaint. We have reviewed the record
and find no reversible error. Accordingly,
although we grant leave to proceed in for-
ma pauperis, we affirm for the reasons
stated by the district court. *Anderson v.
Pruitt*, No. 1:10–cv–00553–NCT–JEP
(M.D.N.C. Mar. 25, 2013). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*